# 754    CASES REPORTED WITH BRIEF SYLLABI.

MILDRED GREENBERG v. DAVIS GREENBERG.— Motion for stay granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. IRVING WALSH, Respondent, v. PATRICK J. FINN, and JOSEPH A. SCOTT and Another, as Executors, etc., of JOHN MAY, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORRIS SIMIANSKY, as Surviving Partner, etc., Respondent, v. WILLIAM P. GOLDMAN & BROS., INC., Appellant, Impleaded with ABRAHAM P. LUBELL and Another, as Administrators, etc., of JACOB M. KAHN, Deceased, Respondents.—. Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ADOLPH C. WAPPLER, Respondent, v. THE WOODBURY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, etc. (NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY).— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of THE STATE TAX COMMISSION for a Reappraisal of the Property of ARTHUR R. WILSON, Deceased, under the Acts in Relation to the Taxable Transfers of Property.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY GOLDBERG, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NICOALI PREOBRAZHENSKI and Others, Appellants, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BIRD S. COLER, as Commissioner of Public Welfare of the City of New York, on the Complaint of CLAIRE COSGROVE, Respondent, v. CHARLES A. ROSENGREN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GRUBBE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS SCIURBA, Appellant, v. AMERICAN PETROLEUM CORPORATION, Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion for summary judgment granted, with ten dollars costs, for failure of any answering affidavits to rebut the claim of plaintiff as set forth in the moving affidavit. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. MACMASTERS, Appellant.— Judgment reversed and indictment dismissed, on the authority of *People* v. *Ruskay* (243 N. Y. 58). Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.